**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

____ : ____

**CASE NO.:** CV 09-02192 SJO (PLAx)            **DATE:** August 14, 2009

**TITLE:**      Perico Torres, et al. v. Indymac Federal Bank, F.S.B., et al.

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                           Not Present
Courtroom Clerk                                            Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**       **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                                Not Present

========================================================================
**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff is hereby ordered to show cause in writing by not later than **August 21, 2009** why this action should not be dismissed for lack of prosecution.

   The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

   • Plaintiff's filing of a motion for entry of default judgment.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

   **IT IS SO ORDERED**.